Irwin J. Hesley, Jr., Plaintiff-Appellee, v. Ellen D. Hesley, Defendant-Appellant.

(No. 72-220;

Second District—August 17, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Carbary, Carbary & Chapski, of Elgin, for appellant.

Matthews, Jordan, Dean, Eichmeier & Peterson, of Aurora, for appellee.